# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mann, Margaret M. | 2. Court or Organization<br><br>United States Bankruptcy Court Southern District of CA | 3. Date of Report<br><br>10/05/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article 1 | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Southern District of California
325 West F. Street
San Diego CA 92106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | National Non-profit CARE Board of Directors |
| 2. | Trustee | Family Trust 1 - See Additional Information. |
| 3. | Co-Trustee | Family Trust 2 - See Additional Information. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Income From Law Offices of Michael T. O'Halloran |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | 05/19/2015 to 05/22/2015 | Indian Wells, CA | Speaking at the Conference | meals and hotel |
| 2. | American Bankruptcy Institute | 04/11/16 to 04/13/16 | Washington DC | Professional non-profit board meeting | meals, airfare and hotel |
| 3. | National Conference of Bankruptcy Judges | 09/27/2015 to 09/30/2015 | San Francisco, CA | Speaking at the Conference | meals, airfare and hotel |
| 4. | American Bankruptcy Institute | 12/02/2015 to 12/03/2015 | Rancho Palos Verdes, CA | Speaking at the Conference | meals, airfare and hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/05/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genworth Variable Annuity Contract Janus Henderson Enterprise Port. | A | Int./Div. | K | T | | | | | |
| 2. Genworth Variable Annuity Contract Janus Henderson Global Res.Port. | A | Int./Div. | K | T | | | | | |
| 3. Genworth Variable Annuity Contract Janus Henderson Research Port. | A | Int./Div. | K | T | | | | | |
| 4. AMERICAN FUNDS GROWTH FUND OF AMERICA F2 | A | Dividend | L | T | | | | | |
| 5. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A | B | Dividend | L | T | | | | | |
| 6. AMERICAN FUNDS EUROPACIFIC FUNDS CLASS F@ | B | Dividend | L | T | | | | | |
| 7. Oppenheimer International Small Company Fund Class Y | A | Interest | L | T | | | | | |
| 8. Principal Small Mid Cap Dividend Fund Class P | C | Dividend | M | T | | | | | |
| 9. GUGGENHEIM S&P GLOBAL WATER INDEX ETF | B | Dividend | L | T | | | | | |
| 10. DELAWARE SMID CAP GROWTH CLASS C | A | Dividend | M | T | | | | | |
| 11. DELAWARE SMID CAP GROWTH CLASS A | A | Dividend | K | T | | | | | |
| 12. California ST Tax 6.200 100119 DTD 101509 | C | Interest | | | Sold | 07/26/16 | L | C | |
| 13. Coachella Vall CA USD Assur OID 98.053 | A | Interest | K | T | | | | | |
| 14. DELANO CA JT UN High Sch Build SR A | B | Interest | L | T | | | | | |
| 15. Turlock CA IRR DIST 2014 | B | Interest | L | T | | | | | |
| 16. Genworth Variable Annuity Contract Janus Henderson Balanced Port. | A | Int./Div. | K | T | | | | | |
| 17. Wells Fargo Checking | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Savings | A | Interest | L | T | | | | | |
| 19. RMA Money Market Portfolio | A | Interest | | | Merged (with line 20) | 06/01/16 | J | A | |
| 20. UBS Bank Deposit Account | A | Interest | K | T | | | | | |
| 21. COHEN & STEERS CLASS C REAL ESTATE SECURITIES FUND | C | Dividend | M | T | | | | | |
| 22. DEUTSCHE SHORT DURATION FUND | A | Dividend | L | T | | | | | |
| 23. UBS LIQUID ASSETS FUND | A | Interest | | | Merged (with line 20) | 06/01/16 | J | A | |
| 24. BOEING | B | Dividend | | | Sold | 09/26/16 | K | D | |
| 25. COCA COLA CO COM | A | Dividend | J | T | | | | | |
| 26. COLGATE PALMOLIVE CO | A | Dividend | K | T | | | | | |
| 27. DIAGEO PLC NEW GB SPON ADR | A | Int./Div. | J | T | | | | | |
| 28. Dominion Resources Inc. VA | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 29. INVESCO LTD | A | Dividend | J | T | | | | | |
| 30. ILLINOIS TOOL WORKS INC | A | Dividend | | | Sold | 01/26/16 | K | D | |
| 31. INTEL CORP | A | Dividend | J | T | | | | | |
| 32. MEDTRONIC | A | Dividend | K | T | | | | | |
| 33. Microsoft | A | Dividend | K | T | | | | | |
| 34. NEXTERA ENERGY INC COM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. OCCIDENTAL PETROLEUM CRP | A | Dividend | | | Sold | 04/26/16 | J | A | |
| 36. Toronto Dominion BK New Canada CAD | A | Dividend | J | T | | | | | |
| 37. SPDR S&P 500 ETF TR | B | Dividend | M | T | | | | | |
| 38. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 39. UNTD TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 40. VF Corp | A | Dividend | J | T | | | | | |
| 41. Advisory Research MLP & Energy Income Fund Class I | C | Dividend | | | Sold | 03/29/16 | K | A | |
| 42. NOVARTIS AG SPON ADR | A | Dividend | J | T | | | | | |
| 43. PRIME PLUS INVESTMENTS TISHMAN SPEYER LLP | A | Dividend | J | U | | | | | |
| 44. Fidelity Adv. Consumer Staples -CLT | A | Dividend | L | T | | | | | |
| 45. CALIFORNIA ST TAX BE/R/ MAND SINK FND | B | Interest | L | T | | | | | |
| 46. Cal ST Pub Works BR SR D | C | Interest | | | Sold | 06/22/16 | L | D | |
| 47. Cal ST SYNC CRC | B | Interest | | | Sold | 03/29/16 | M | E | |
| 48. BLACKROCK EQUITY DIVIDEND FUND C | B | Dividend | M | T | | | | | |
| 49. PIONEER STRATEGIC INCOME FUND CLASS C | A | Dividend | K | T | | | | | |
| 50. Pioneer Strategic Income Y | D | Dividend | N | T | | | | | |
| 51. Coachella CA WTR Auth. | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nordstrom Inc. | A | Dividend | K | T | | | | | |
| 53. LEUCADIA NAT'L CORP B/E 5.55% NEW | A | Dividend | K | T | | | | | |
| 54. ANGEL OAK MULTI STRATEGY INCOME FUND CLASS C NEW | D | Dividend | M | T | | | | | |
| 55. EGA Emerging Global SHS TR EG SHS India | A | Dividend | L | T | | | | | |
| 56. Vanguard Financial ETF | A | Dividend | | | Sold | 07/26/16 | K | A | |
| 57. Accenture PLC Ireland Class A | A | Dividend | J | T | | | | | |
| 58. Crane Co. | A | Dividend | K | T | | | | | |
| 59. Home Depot | A | Dividend | K | T | | | | | |
| 60. Johnson Controls | A | Dividend | J | T | | | | | |
| 61. Marsh & McLennan | A | Dividend | K | T | | | | | |
| 62. McDonalds Corp | A | Dividend | J | T | | | | | |
| 63. Pepsico | A | Dividend | K | T | | | | | |
| 64. Rockwell Automation | A | Dividend | K | T | | | | | |
| 65. Schlumberger | A | Dividend | | | Sold | 05/18/16 | J | A | |
| 66. Texas Instruments | A | Dividend | J | T | | | | | |
| 67. Deutche X MSCI Japan | A | Dividend | | | Sold | 10/31/16 | L | A | |
| 68. T Rowe Price Global Tech Fund | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. California ST. BE/RA 5.0% | A | Interest | K | T | Buy | 11/16/16 | K | | |
| 70. Northern CA Transmission SRA 5.5% | B | Interest | K | T | Buy | 03/29/16 | K | | |
| 71. California ST. BE/R 5.0% 09/01/35 | B | Interest | K | T | Buy | 03/29/16 | K | | |
| 72. San Diego CA PUB FACS F1 5.0% | B | Interest | L | T | Buy | 06/22/16 | L | | |
| 73. Motorola Solutions, inc. | B | Interest | L | T | Buy | 07/26/16 | L | | |
| 74. Riverside Water CA RV | B | Interest | K | T | Buy | 03/29/16 | K | | |
| 75. Blackrock, Inc. | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 76. British American Tobacco | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 77. Chubbs | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 78. CVS | A | Dividend | J | T | Buy | 10/10/16 | J | | |
| 79. Exxon Mobil Corp | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 80. Lockheed Martin Corp. | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 81. Praxair | A | Dividend | K | T | Buy | 09/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Due to inadvertent error, one investment was subject to a transaction in a previous period that was not reported: Oppenheimer Steelpath MLP Income Fund C was sold on December 29, 2015 for a sale amount of K. There has been no interest received on this item since then.

There have also been changes to the names of some of the investments:

1. AMERICAN FUNDS EUROPACIFIC FUNDS CLASS C is now called AMERICAN FUNDS EUROPACIFIC FUNDS CLASS F2.

2. AMERICAN FUNDS GROWTH FUND OF AMERICAN CLASS F 1 is now called AMERICAN FUNDS GROWTH FUND OF AMERICAN CLASS F 2.

3. PRINCIPAL SMALL MID CAP DIVIDEND FUND CLASS A is now called PRINCIPAL SMALL MID CAP DIVIDEND FUND CLASS P.

Family Trust 1

Since before I was appointed, my spouse and I have been co-trustees of our intervivos family trust. All assets of the intervivos trust are now, and have always been, included in these reports.

Family Trust 2

My father has a trust he established in which I am one of the four contingent beneficiaries. I have no current interest in the trust assets. Although I am a co-trustee with my sister, my father retains all decision making regarding the assets in the trust until his death. For this reason, none of the assets of the trust are included in this report or any earlier reports.

UBS Merger of Cash Accounts

Formerly, the report listed cash accounts entitled RMA Money Market Portfolio and the UBS LIQUID ASSETS FUND. These were merged into the UBS Bank Deposit Account as of June 1, 2016. At that time, the total amount in the accounts collectively was M. There are no records to allocate the funds into the previous two accounts at this time. As a result, the disclosure treats the accounts to have been merged since the beginning of the reporting period.

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

Mann, Margaret M.

Date of Report

10/05/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret M. Mann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544